AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Andre Raphael Mendez | Case No. MJ 25-2573 KK |

Defendant(s)

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 3, 2024** in the county of **Bernalillo** in the
_____ District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 751 | Escape |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USMS Deputy Gabriel Sanchez
*Printed name and title*

Telephonically sworn and electronically submitted.

Date: 06/27/2025

_____
*Judge's signature*

City and state: Albuquerque, New Mexico

Kirtan Khalsa United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A ARREST WARRANT

I, Gabriel Sanchez, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.   I am a Deputy United States Marshal with the United States Marshals Service and have been since May 23, 2023. I have received and completed training at the Federal Law Enforcement Training Center (FLETC) as a criminal investigator. Training at FLETC includes, but is not limited to, legal training, control tactics, use of force, search and seizure, electronics training including cellular devices, and federal court procedures. The training covers various aspects of Federal Law Enforcement duties. During this time as a Deputy, I have assisted in numerous investigations for State and Federal fugitives, to include repeat violent offenders, gang members, sex offenders, and many with extensive criminal histories. I have presented numerous affidavits in support of search warrants to the Federal Judiciary and understand the legal restraints involved. Prior to service with the United States Marshal Service, I was employed with the Dona Ana County Sheriffs Department for approximately nine and half years. I was patrol Deputy, Criminal investigator, and Sergeant. I received specialized training in criminal investigations through the Dona Ana County Law Enforcement Academy and El Paso Academy. I have conducted numerous criminal investigations that led to the arrest and conviction of persons in violation of New Mexico State Statutes.

2.   The facts in this affidavit come from my personal observations, and my review of United States District Court records, official BOP records and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

1

3. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about June 3, 2025, Andre Raphael Mendez knowingly escaped from the custody of the Federal Bureau of Prisons (BOP) in which he was confined by virtue of a judgment and commitment of the United States District Court for the District of New Mexico. These actions taken by Mendez have therefore caused him to violate 18 U.S.C. § 751(a).

## PROBABLE CAUSE

4. On December 11, 2019, an indictment was filed against Andre Raphael Mendez in the Northern District of Texas, Fort Worth for one count 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924(a)(2): Felon in Possession of Firearm Case Number 4:19-CR-00370-P. On February 5, 2020, Mendez pled guilty to count 1 of the indictment, charging him with one count of Felon in Possession of Firearm. On December 03, 2020, Mendez was sentenced to 43 months in custody of the BOP, to be followed by three years of supervised release. On or about September 11, 2023, courtesy supervision was started under case number 1:24-MJ-01169-SCY in the District of New Mexico. The BOP is part of the United States Department of Justice, which is headed by the United States Attorney General.

5. On May 19, 2025, Mendez was placed at the Dismas Charities Diersen Residential Reentry Center (Diersen RRC) located at 2331 Menaul Blvd NE, Albuquerque, NM by the BOP to serve the remainder of his BOP custodial sentence. Previously, on June 12, 2024, in anticipation of his move to Diersen RRC, Mendez had signed the Acknowledgement of Custody form that states "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the RRC without permission of the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

6. On June 03, 2025, staff at Diersen RRC conducted a Transitional Headcount at 0749 and discovered Andre Mendez was not present, apparently having left the RRC without authorization. Staff searched the facility and could not locate him. Mendez did not have an authorized pass to leave the facility and camera review conducted by the RRC showed Mendez leaving the property at 0654 walking westbound on Menaul Boulevard. Mendez's whereabouts remain unknown.

7. On June 3, 2025, at approximately 06:54 am, a Notice of Escaped Federal Prisoner flyer was issued to the United States Marshal Service (USMS) to begin looking for Mendez. The escape flyer listed Mendez's biographical and listing the underlying charge for Felon in possession of firearm. The USMS is authorized to enter BOP escapees into the National Crime Information Center (NCIC) and conduct fugitive investigations to locate and apprehend BOP escapees.

8. Based upon these facts, I have probable cause to believe that Andre Raphael Mendez did knowingly and willfully escape from the custody of the United States Attorney General, or an authorized representative, institution, or facility in which he was confined by direction of the Attorney General, in violation of 18 U.S.C. § 751.

9. This complaint application was reviewed by Assistant United States Attorney Paul J Mysliwiec.

Respectfully submitted,

Gabriel Sanchez
Deputy United States Marshal
District of New Mexico - Albuquerque
United States Marshals Service

Electronically signed and telephonically sworn on June 27, 2025

*Kirtan Khalsa*

Honorable Kirtan Khalsa
UNITED STATES MAGISTRATE JUDGE